IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-151-CV





KIM BARROW,



 APPELLANT


vs.





JEFF BARROW,



 APPELLEE



 




FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT


NO. 91-1274-F368, HONORABLE BURT CARNES, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Jones and Kidd; Chief Justice Carroll Not Participating

Dismissed on Appellant's Motion

Filed: October 12, 1994

Do Not Publish